CALLISTER & REYNOLDS
823 Las Vegas Blvd. South
Fifth Floor
Las Vegas, Nevada 89101
(702) 385-3343

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KYLE JAMES PENNINGTON and KRISTEN LYNN PENNINGTON, as natural children and surviving heir of CHRISTOPHER PENNINGTON, Deceased, and MARY RIGGS, as Executrix of the Estate of CHRISTOPHER PENNINGTON, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE SERVICE AND TRANSPORT, a Utah business entity, ADVANCED DRAINAGE SYSTEMS, INC, a Nevada corporation; DOES I-X, inclusive, and ROE BUSINESS ENTITIES I through V, inclusive,<br><br>Defendants. | Case No.   2:08-cv-01046<br><br><br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT, ADVANCED DRAINAGE SYSTEMS, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

Plaintiffs and Defendant, Advanced Drainage Systems, Inc., by and through their undersigned counsel hereby agree and stipulate that the Defendant, Advanced Drainage Systems, Inc., shall have to and including September 22, 2008 within which to file an answer or to otherwise respond to Plaintiff's Complaint.

The reason to extend the time for Defendant's to respond to Plaintiff's Complaint is that the

1

parties are exploring to narrow the issues of the case.

This is the Defendant's first request for an extension of time. This extension is sought in good faith, and not for the purposes of undue delay.

Dated: August 21, 2008.

/s/ Matthew Q. Callister, Esq.
**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 001396
**BROOKE A. BOHLKE, ESQ.**
Nevada Bar No. 009374
**CALLISTER & REYNOLDS**
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Facsimile: (702) 385-2899
*Attorneys for Defendant*
*Advanced Drainage Systems, Inc.*

Dated: August 21, 2008.

/s/ Steven M. Baker, Esq.
Steven M. Baker, Esq.
Benson Bertoldo Baker & Carter
7408 West Sahara Avenue
Las Vegas, NV 89117
Fax: (702) 228-2333
*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

DATED this 26th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

CALLISTER & REYNOLDS
823 Las Vegas Blvd. South
Fifth Floor
Las Vegas, Nevada 89101
(702) 385-3343

2